*167
 
 Pearson, J.
 

 The cause is not properly in this Court. In the first place, there is no order setting it for hearing; but waiving this, it is only sent here
 
 as to William Sawyer ;
 
 with respect to the principal defendant, Bagly, or his representative, the cause still remains in the Court below. "With every disposition to try causes that are sent to us, we do not feel at liberty to allow them to be split up in this manner; there is no statute which authorises-it to be done. The causéis still pending in the Court below, and the question in which the defendant, Sawyer, is concerned, cannot be presented to ns as a distinct branch of the cause. The case will be stricken from the docket, and the original papers, which have been sent up here, will be sent back. The necessity of sending the original papers, was suggestive of the incongruity of having the same cause pending in two courts at the same time.
 

 Per Curiam, Decree accordingly.